FILED _____ APR 1 7 2017 Per____
s/HEATHER MUSE
DV. CLERK OF COURT

RECEIVED
APR 1 9 2017

SYLVIA ACHORD                          *       21st JUDICIAL DISTRICT COURT

VERSUS                                 *       DOCKET NO. 2017-0001093
                                                                    E
DOLGENCORP, LLC. D/B/A DOLLAR          *       TANGIPAHOA PARISH, LOUISIANA
GENERAL

---

### PETITION FOR DAMAGES

NOW INTO COURT comes and appears Petitioner, SYLVIA ACHORD, a person of full age of majority and a resident of, and domiciled in, Tangipahoa Parish, who respectfully represents:

1.

Made defendants herein are:

DOLGENCORP, LLC. D/B/A DOLLAR GENERAL, a foreign LLC authorized to do and doing business in Louisiana in the state of Louisiana, which can be served through Corporation Service Company, at 501 Louisiana Ave., Baton Rouge, LA 70802.

2.

Defendant is indebted to Petitioner, for all damages, together with legal interest from the date of judicial demand until paid, and for all costs, penalties, and attorney's fees for the following:

3.

On or about May 15, 2016, petitioner was a patron of Dollar General located at 43237 Pumpkin Center Rd, Hammond, LA 70403. Upon information and belief, the premises located at 43237 Pumpkin Center Rd, Hammond, LA 70403, was owned, operated, managed and controlled by defendant, DOLGENCORP, LLC.

4.

On the day in question, a bottle of nail polish shattered on the floor of DOLGENCORP, LLC.'s premises located at 43237 Pumpkin Center Rd, Hammond, LA 70403.

5.

After shattering, the nail polish was left unattended to by DOLGENCORP, LLC. employees.

6.

Shortly after the nail polish shattered, the stringent aroma of nail polish overwhelmed the premises.



7.

The length of time that the nail polish remained on the floor coupled with the aroma of same provided notice to DOLGENCORP, LLC. employees of the existence of a shattered nail polish on their premises.

8.

DOLGENCORP, LLC. employees were aware of the unreasonable dangerous condition created by the shattered glass and the nail polish on the slick floor of the premises. Yet, did not remedy the unreasonable dangerous condition or take any action to warn its patrons of the unreasonably dangerous condition.

9.

DOLGENCORP, LLC. employees were negligent in failing to remedy the unreasonable dangerous condition or otherwise warn its patrons of the unreasonably dangerous condition which caused the Petitioner to slip and fall, and incur severe disabling injuries.

10.

The above-described accident was not caused by any fault and/or negligence on the part of Petitioner, SYLVIA ACHORD, but rather was caused by the negligence and/or fault of defendant, DOLGENCORP, LLC., their agents and/or employees in the following nonexclusive particulars to wit:

1. In failing to provide its patrons and especially, SYLVIA ACHORD, with a safe place to shop under the circumstances;

2. In failing to provide proper markings, warning signs and/or signals to notify patrons and especially, SYLVIA ACHORD, of the dangerous condition caused by the shattered nail polish container;

3. In failing to prevent patrons, and especially, Petitioner, SYLVIA ACHORD, from walking upon a dangerous, wet, and slippery condition;

4. In failing to remedy the broken glass and nail polish left on the floor after an unreasonable amount of time;

5. In failing to train its employees to remedy foreseeable spills and dangerous conditions on its premises within a reasonable amount of time;

6. In failing to implement procedures to ensure that DOLGENCORP, LLC.'s premises are safe for its patrons and employees;

7. In failing to do what they could have done and should have done in order to avoid this accident, and;

8. Any other particulars which may be proven at the trial of this matter.

11.

As a result of the aforesaid accident Petitioner, SYLVIA ACHORD, sustained permanent and severe injuries including but not limited to, injuries to her lower back requiring a surgical procedure.

12.

Petitioner, SYLVIA ACHORD, is entitled to recover from defendant, DOLGENCORP, LLC, for all damages alleged herein above in such an amount as are reasonable in the premises, together with legal interest thereon from and after the date of judicial demand until paid, and for all costs of these proceedings.

13.

As a result of the above-described accident, Petitioner, SYLVIA ACHORD, has sustained injuries to her person, requiring substantial medical care.  Petitioner seeks reimbursement for:

    a)  past, present, and future medical expenses;

    b)  past, present, and future loss of wages and loss of earning capacity;

    c)  past, present, and future physical pain and suffering;

    d)  loss of enjoyment of life, mental anguish, and inconvenience; and,

    e)  all other compensable items of intangible damage.

14.

Petitioner shows that venue is proper in the 21th Judicial District in Tangipahoa Parish, pursuant to La. C.C.P. art. 74 as suits for recovery of damages for an offense may be brought in the parish where the wrongful conduct occurred, or parish where damages were sustained.

15.

Petitioner avers that the amount in controversy exceeds $50,000 exclusive of interest and costs.

WHEREFORE, Petitioner prays that, after the lapse of all legal delays and due proceedings are had, there be judgment rendered herein in favor of the Petitioner, SYLVIA ACHORD, and against the Defendant, DOLGENCORP, LLC. for all damages sustained, legal interest from the date of judicial demand until paid, for all the costs of these proceedings, and for all general and equitable relief in the premises.

Respectfully submitted,

JEANSONNE & REMONDET

BY: _____
MICHAEL J. REMONDET, JR. (#21046)
MICHAEL R. GUIDRY (#36194)
Post Office Box 91530
Lafayette, Louisiana 70509
Telephone: (337) 237-4370
Facsimile: (337)235-2011

ERIK M. TADDA (#21080)
JEREMY HADER (#30536)
4660 O'Neal Lane, Suite A
Baton Rouge, Louisiana 70817
Telephone: (225) 756-0007
ATTORNEYS FOR SYLVIA ACHORD

PLEASE SERVE:

DOLGENCORP, LLC. D/B/A DOLLAR GENERAL,
Through its registered agent for service of process:
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

FILED
s/HEATHER MUSE
APR 17 2017
BY CLERK OF COURT

| | | |
|---|---|---|
| SYLVIA ACHORD | * | 21st JUDICIAL DISTRICT COURT |
| VERSUS | * | DOCKET NO. |
| DOLGENCORP, LLC. D/B/A DOLLAR GENERAL | * | TANGIPAHOA PARISH, LOUISIANA |

## REQUEST FOR NOTICE OF TRIAL DATE

TO THE CLERK OF COURT in and for the above Parish:

PLEASE TAKE NOTICE that undersigned counsel for plaintiff, SYLVIA ACHORD, does hereby request written notice of the date of trial of the above matter, as well as notice of hearings (whether on merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of Court, as provided in the Louisiana Code of Civil Procedure, particularly Articles 1572, 1913 and 1914 thereof.

I HEREBY CERTIFY that a copy of the above and foregoing request for Notice of Trial, etc. has this day been served on all parties appearing in proper person, and on all parties appearing through representation by attorneys, by depositing a copy of same in the United States Mail, properly addressed and postage prepaid to any individuals appearing on their own behalf at their address, and to those parties represented by mailing a copy to their counsel.

Amite, Louisiana this ___ day of _____ 2017.

Respectfully submitted,

JEANSONNE & REMONDET

BY: _____
MICHAEL J. REMONDET, JR. (#21046)
MICHAEL R. GUIDRY (#36194)
Post Office Box 91530
Lafayette, Louisiana 70509
Telephone: (337) 237-4370
Facsimile: (337)235-2011

ERIK M. TADDA (#21080)
JEREMY HADER (#30536)
4660 O'Neal Lane, Suite A
Baton Rouge, Louisiana 70817
Telephone: (225) 756-0007
ATTORNEYS FOR SYLVIA ACHORD