

Trevor C. Davies
504-324-6459
tdavies@wkdlawfirm.com

January 2, 2018

<u>**VIA FACSIMILE ONLY: 504-589-7521**</u>
The Honorable Jane Triche Milazzo
U.S.D.C. for the Eastern District of LA
500 Poydras Street, Room C206
New Orleans, LA 70130

   RE: *Sylvia Achord v. Dolgencorp, LLC*
      **USDC Eastern District of Louisiana**
      **Case No. 17-cv-4910**
      **File No. 4782.3017**

Dear Judge Milazzo:

 I am pleased to report that the parties have settled the above-referenced matter. The parties respectfully request that the Court **cancel** the Pretrial Conference set for January 3, 2019, and issue a 60-day Dismissal Order. The parties are working to obtain a final lien letter from Medicare and will then finalize the settlement. Once the settlement is finalized, the parties will file a Rule 41 Stipulation of Dismissal.

 Thank you for your attention to this matter.

                Sincerely,

                Trevor C. Davies, Esq.

Cc:
Michael Remondet, Esq.
**Via Email: miker@jeanrem.com**
Erik Tadda, Esq.
**Via Email: erik@taddalaw.com**

---

1340 POYDRAS STREET, SUITE 1810 | NEW ORLEANS, LA 70112
PHONE: 504.324.6493 | FAX: 504.324.6626 | www.wkdlawfirm.com