UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SYLVIA ACHORD** | * | |
|     Plaintiff | * | CASE NO. 2:17-cv-4910 |
| | * | |
| **VERSUS** | * | JUDGE MILAZZO |
| | * | |
| **DOLGENCORP, LLC d/b/a** | * | MAGISTRATE WILKINSON |
| **DOLLAR GENERAL** | * | |
|     Defendant | * | JURY DEMANDED |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 41 STIPULATION OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come plaintiff, Sylvia Achord, and defendant, DG Louisiana, LLC (incorrectly styled "Dolgencorp, LLC"), who advise this Court that they have concluded their settlement and that it is now appropriate to issue a Judgment pursuant to Federal Rule of Civil Procedure 41(a) dismissing all claims in the captioned matter with prejudice.

**WHEREFORE**, for the reasons stated above, plaintiff and defendant pray that this Court issue a Judgment pursuant to Federal Rule of Civil Procedure 41(a) dismissing all claims in the captioned matter with prejudice.

Respectfully submitted,

| | |
|---|---|
| BY:   */s/ Michael J. Remondet, Jr.* | BY:     */s/ Trevor C. Davies* |
| **MICHAEL J. REMONDET, JR. #21046** | **PETER J. WANEK #23353** |
| **MICHAEL R. GUIDRY #36194** | **TREVOR C. DAVIES #32846** |
| PO Box 91530 | **KATHRYN T. TREW #34116** |
| Lafayette, LA 70509 | 1340 Poydras St., Suite 1810 |
| Telephone: (337) 237-4370 | New Orleans, LA 70112 |
| Facsimile: (337)235-2011 | Telephone: (504) 324-6493 |
| | Facsimile: (504) 324-6626 |
| **ERIK M. TADDA #21080** | **ATTORNEYS FOR DEFENDANT** |

**JEREMY HADER #30536**
4660 O'Neal Ln., Suite A
Baton Rouge, LA 70817
Telephone: (225) 756-0007
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system this 7th day of February, 2019.

*/s/ Trevor C. Davies*