UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SYLVIA ACHORD | * | |
|    Plaintiff | * | |
| | * | CASE NO. 2:17-cv-4910 |
| VERSUS | * | |
| | * | JUDGE MILAZZO |
| | * | |
| DOLGENCORP, LLC d/b/a | * | MAGISTRATE WILKINSON |
| DOLLAR GENERAL | * | |
|    Defendant | * | |
| | * | JURY DEMANDED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the above and foregoing Rule 41 Stipulation of Dismissal:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims in the captioned matter are dismissed with prejudice.

New Orleans, Louisiana, this ____8th____ day of _____February_____, 2019.

_____
JUDGE